NO. 07-06-0328-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 23, 2007

_____


DEAN EUDELL HOHNSTEIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 51,406-B; HONORABLE JOHN BOARD, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea of guilty, Appellant, Dean Eudell Hohnstein, was convicted of possession of marihuana, enhanced, and sentenced to twenty years confinement. On August 3, 2006, Appellant filed *Notice of Appeal,* attached to which was the *Trial Court's Certification of Defendant's Right of Appeal*, signed August 2, 2006, indicating that the

appeal was "not a plea-bargain case, and the [Appellant] has the right of appeal." On November 9, 2006, the *Reporter's Record* was filed. A review of the *Reporter's Record* revealed that this was a plea-bargain case where Appellant waived his right of appeal. Because the certification before the Court was inconsistent with the record, it was defective. *Dears v. State,* 154 S.W.3d 610, 614 (Tex.Crim.App. 2005). A request for a corrected certification resulted in the District Clerk forwarding a *Trial Court Certification,* dated July 13, 2006, indicating no right of appeal, and a letter from the Trial Court confirming that fact.

By letter dated January 4, 2007, this Court notified counsel that the certification indicated no right of appeal and requested a response by January 18, 2007. The Court also noted that failure to file an amended certification showing a right of appeal or failure to provide other grounds for continuing the appeal would result in dismissal. *See* Tex. R. App. P. 25.2(a)(2) & (d). No response has been filed and no amended certification reflecting a right of appeal has been made a part of the record.

Consequently, this appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.